Mark Choate, AK #8011070
Jon Choate, AK #1311093
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, Alaska 99801
Tel: (907) 586-4490
Fax: (206) 424-9705
Email: lawyers@choatelawfirm.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MICHAEL BRAKES,<br><br>   Plaintiff,<br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; RASIER LLC, and UBER TECHNOLOGIES<br><br>   Defendants. | Case No. 1:21-CV-00002-HRH |

## PLAINTIFF'S STATUS REPORT ON PREPARATION OF A SCHEDULING AND PLANNING CONFERENCE REPORT

Plaintiff, MICHAEL BRAKES, through counsel the CHOATE LAW FIRM provides the following status report on preparation of a Scheduling and Planning Conference Report. Plaintiff's counsel has prepared a draft report and just circulated it to defense counsel. Counsel are expected to meet in the next 3 days and will have a report to the court by the end of this week.

Dated this 12th day of April, 2021 at Juneau, Alaska.

CHOATE LAW FIRM LLC
Attorneys for Plaintiff

By:_____*Mark Choate*_____
Mark Choate 8011070

**Certificate of Service**

I hereby certify the foregoing document
was served on counsel of record this
12th day of April, 2021 via CMECF:

Mark P. Scheer, #8807153                          Attorneys for Defendant James River
Scheer.Law                                                    Insurance Company
2101 Fourth Avenue, #830
Seattle, WA. 98121
Tel: (206) 800-4070
Fax:(206) 490-0866
Email: mark@scheer.law
Email: joeh@scheer.law

B. Otis Felder, #511081                             Attorneys for Defendants Raiser LLC &
Wilson, Elser, Moskowitz, Edelman & Dicker LLP            Uber Technologies
555 South Flower Street #2900
Los Angeles, CA. 90071
Tel: (213) 443-5100
Fax: (213) 443-5101
Email: otis.felder@wilsonelser.com

/s/ Janet A. MacNeill
_____
Choate Law Firm LLC